Dismissed and Memorandum Opinion filed August 26, 2004









Dismissed and Memorandum Opinion filed August 26,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00280-CV

____________

 

JAMES E. VAN AMAN and DIANE LYNN VAN AMAN-PAGANO, Appellants

 

V.

 

KAREN R. WELSH, Independent Executrix of the 

Estate of Harold J. Van Aman, Deceased, Appellee

 



 

On
Appeal from the Probate Court No. 3

Harris
County, Texas

Trial
Court Cause No. 335,330-401

 

 



M E M O R A N D U M  O
P I N I O N

This is an appeal from an order denying appellants= bill of review signed January 23,
2004, made final by an order of severance signed March 5, 2004.  The clerk=s record was filed on April 8,
2004.  The reporter=s record was filed on May 17,
2004.  Appellants= brief was due on June 16, 2004, but
was not filed.








On July 8, 2004, this Court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before August 6, 2004 , the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).  Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 26, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.